UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br> v.<br><br>CHAD BROWN,<br><br>      Defendant. | CASE NO. MJ 24-576<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f) and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged by grand jury indictment with conspiracy to distribute controlled substances, distribution of controlled substances and possession of a firearm by a prohibited person. Defendant has a lengthy criminal history going back to 2002. He has convictions for controlled substance law violations, possession of a firearm as a felon and other felonies. Most recently he was arrested on August 22, 2024 by local law enforcement for a controlled substance and sentenced to serve 21 days in jail. Upon completion of his sentence, he was transferred to the custody of the U.S. Marshal to make his appearance on this date. Defendant is charged with

DETENTION ORDER - 1

offenses that carry the rebuttal presumption that he is both a flight risk and a danger to the community. The Court finds Defendant has failed to overcome this presumption.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 13th day of September, 2024.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2